UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

FRANCIS M. REYES

                Plaintiffs,

    -against-

CITY OF NEWBURGH POLICE
DEPARTMENT,

                Defendant .

------------------------------------------------------------x

07 CV 3240 (GBD)

ORDER

GEORGE B. DANIELS, District Judge:

By letter dated August 23, 2007, *pro se* plaintiff, Francis M. Reyes, requested that his complaint against defendant, City of Newburgh Police Department, be withdrawn. The request to withdraw the complaint is GRANTED. The case is dismissed without prejudice.

Dated: January 3, 2007
       New York, New York

SO ORDERED:

*[signature]*
GEORGE B. DANIELS
United States District Judge